USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAQUILLE PERKINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>THE CITY OF NEW YORK, POLICE OFFICER FREDDY JONES Shield No. 13650 of the 25th Police Precinct, and POLICE OFFICER KEERANDAI BHAWANIDEEN-JAMNA Shield No. 23981 of the 25th Police Precinct,<br><br>　　　　　　　　　　Defendant. | 1:20-cv-09698-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

　　The Court is in receipt of a letter filed by Defendants informing the Court that the parties have reached a settlement in principle [ECF No. 25]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by October 13, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:　September 13, 2021
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary Kay Vyskocil*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**